July 28, 2014


Clerk
U.S. Bankruptcy Court
300 Willow Street
Beaumont, TX  77701

Re:     No. 12-10056; Gretchen G. King, Debtor

Dear Clerk:

Please be advised the above Debtor has moved.  Their new address is:

                        506 N. Evenside
                        Henderson, TX 75652


                                Very truly yours,


                                /s/ Robert E. Barron
                                Robert E. Barron


REB/jw

C:      John Talton, Trustee
        Ms. Gretchen G. King